UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:                                                           CASE NO.: 16-51845
                                                                                            CHAPTER 13

Concepcion Blas,

   Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WM3 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                               Robertson, Anschutz & Schneid, P.L.
                                               Authorized Agent for Secured Creditor
                                               6409 Congress Ave., Suite 100
                                               Boca Raton, FL 33487
                                               Telephone: 561-241-6901
                                               Facsimile: 561-997-6909
                                               By: /s/April Harriott
                                               April Harriott, Esquire
                                               Email: aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CONCEPCION BLAS
430 HANNON AVENUE
MONTEREY, CA  93940

DEVIN DERHAM-BURK
P.O. BOX 50013
SAN JOSE,, CA  95150-0013

OFFICE OF THE U.S. TRUSTEE / SJ
U.S. FEDERAL BLDG.
280 S 1ST ST. #268
SAN JOSE, CA  95113-3004

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/April Harriott
April Harriott, Esquire
Email: aharriott@rasflaw.com